IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE PERFANOV, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE POLICE, et al., | : | |
| Defendants | : | No. 25-4772 |

**ORDER**

AND NOW, this ____ day of _____, 202_, upon consideration of Defendant Pennsylvania State Police's Motion to Dismiss, and Plaintiff's response thereto (if any), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the claims against Defendant Pennsylvania State Police are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
CATHERINE HENRY, J.