**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE PERFANOV,** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-4772** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE POLICE, et al.** | : | |
| ***Defendants*** | : | |

**O R D E R**

**AND NOW,** this 22nd day of September, 2026, upon consideration of Motions to Dismiss of Defendants Lehigh Valley Health Network, Inc. and Lehigh Valley Hospital – Schuylkill (ECF No. 22); Alex Mercado, M.D. (ECF No. 24); Pennsylvania State Police (ECF No. 32); and County of Dauphin, Dauphin County Department of Mental Health, Autism, and Developmental Programs, Andrea Kepler in her official capacity as Administrator of DCMH, Dauphin County Crisis Intervention Program, Lynn Pascoa in her official capacity as Mental Health Delegate with DCCI, and Laura Van Sickle in her official capacity as a Case Worker with DCCI (ECF No. 33) and the responses and replies thereto, it is hereby **ORDERED** as follows:

1. The Pennsylvania State Police's Motion to Dismiss (ECF No. 32) is **GRANTED**. Counts I, II, V, and X as against the Pennsylvania State Police are dismissed without prejudice for lack of subject matter jurisdiction. Count VIII as against the Pennsylvania State Police is dismissed.

2. The Stipulation between Plaintiff and Defendants Lehigh Valley Network, Inc. and Lehigh Valley Hospital – Schuylkill (ECF No. 38) is **ADOPTED**. Count VIII as against Defendants Lehigh Valley Network, Inc. and Lehigh Valley Hospital – Schuylkill is dismissed.

3. The Motion to Dismiss of Lehigh Valley Health Network, Inc. and Lehigh Valley Hospital – Schuylkill (ECF No. 22) is **GRANTED**. Counts IV, V, X, XI, XIII, and XIV as against Lehigh Valley Health Network, Inc. and Lehigh Valley Hospital – Schuylkill are dismissed without prejudice with leave to amend.

4. Alex Mercado, M.D.'s Motion to Dismiss (ECF No. 24) is **GRANTED.** Counts IV, V, VIII, X, XI, and XIII as against Alex Mercado, M.D. are dismissed without prejudice for insufficient service of process with leave to amend. To the extent Plaintiff seeks to re-assert any claims against Dr. Mercado in an amended complaint, she must first establish that service was timely effected upon him or show good cause exists for an extension of time to serve the Complaint upon him,

5. The Motion to Dismiss of County of Dauphin, Dauphin County Department of Mental Health, Autism, and Developmental Programs, Andrea Kepler in her official capacity as Administrator of DCMH, Dauphin County Crisis Intervention Program, Lynn Pascoa in her official capacity as Mental Health Delegate with DCCI, and Laura Van Sickle in her official capacity as a Case Worker with DCCI (ECF No. 33) is **GRANTED**. Dauphin County Department of Mental Health, Autism, and Developmental Programs, Andrea Kepler in her official capacity as Administrator of DCMH, Dauphin County Crisis Intervention Program, Lynn Pascoa in her official capacity as Mental Health Delegate with DCCI, and Laura Van Sickle in her official capacity as a Case Worker with DCCI are dismissed with prejudice. Counts V, VI, X, and XIV against Dauphin County are dismissed without prejudice. Count VIII against Dauphin County is dismissed with prejudice.

6. If Plaintiff intends to file an Amended Complaint, she shall do so no later than 30 days from the date of this Order.

**BY THE COURT:**

/s/ Catherine Henry

**HON. CATHERINE HENRY**
**United States District Court Judge**